■ LEONARD SHABASSON, Respondent-Appellant, v MAX E. GREENBERG, TRAGER, TOPLITZ & HERBST, Appellant-Respondent. [671 NYS2d 655] —Order, Supreme Court, New York County (Paula Omansky, J.), entered March 5, 1997, unanimously affirmed for the reasons stated by Omansky, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Nardelli, Rubin and Mazzarelli, JJ.